# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Timothy Scott Kichline aka Timothy S. Kichline  
<u>Debtor</u>

CHAPTER 13

BKY. NO. 19-13905 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esq.**  
Kevin G. McDonald, Esquire  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106-1532  
(215) 627-1322