**Fill in this information to identify your case:**

Debtor 1    TIMOTHY    SCOTT    KICHLINE
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the    Eastern District of Pennsylvania

Case number    19-13905
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | Your assets |
|---|---|
|  | Value of what you own |
| 1 *Schedule A/B: Property* (Official Form 106A/B) |  |
| 1a Copy line 55, Total real estate, from *Schedule A/B* .......... | $ 84,177.00 |
| 1b Copy line 62, Total personal property, from *Schedule A/B* .......... | $ 11,200.00 |
| 1c Copy line 63, Total of all property on *Schedule A/B* .......... | $ 95,377.00 |

### Part 2: Summarize Your Liabilities

|  | Your liabilities |
|---|---|
|  | Amount you owe |
| 2 *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) |  |
| 2a Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* .......... | $ 119,488.00 |
| 3 *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) |  |
| 3a Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......... | $ 0.00 |
| 3b Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .......... | + $ 0.00 |
| Your total liabilities | $ 119,488.00 |

### Part 3: Summarize Your Income and Expenses

|  |  |
|---|---|
| 4 *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* .......... | $ 2,875.00 |
| 5 *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* .......... | $ 2,223.00 |

| Debtor 1 | TIMOTHY | SCOTT | KICHLINE | Case number (if known) 19-13905 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6  Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7  What kind of debt do you have?

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8  From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

$ 3,000.00

9  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

Total claim

From Part 4 on *Schedule E/F*, copy the following:

9a. Domestic support obligations (Copy line 6a.)    $ 0.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ 0.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $ 0.00

9d. Student loans. (Copy line 6f.)    $ 0.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $ 0.00

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $ 0.00

9g. Total. Add lines 9a through 9f.    $ 0.00

| Type of Debt | 1. Creditor Name and Address<br>2. Account Number, if any<br>3. Date/range of dates when debt was incurred<br>4. Contact person's name and address, if different | Amount owed | Name and address of codebtor, if any<br>What is debt for?<br>Is debt secured by any property? (If so, please list monthly payment and number of months left.) | Do you dispute the debt? | Office Use Only | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Sched D, E or F? | Lawsuit pending? Collection agency assigned? Counsel for creditor? |
| Unpaid credit cards, (Visa, Am Ex, Mastercard, Discover) *continued* | | | | | | |
| Department store credit card debts | | | | | | |
| Other credit card debts (Gas cards, phone cards, etc.) | | | | | | |
| Cash Advances (from credit cards) | | | | | | |
| Unpaid medical bills | | | | | | |

Client Questionnaire:  Copyright©1996-2008 Best Case Solutions

| Type of Debt | 1. Creditor Name and Address<br>2. Account Number, if any<br>3. Date/range of dates when debt was incurred<br>4. Contact person's name and address, if different | Amount owed | Name and address of codebtor, if any<br>What is debt for?<br>Is debt secured by any property? (If so, please list monthly payment and number of months left.) | Do you dispute the debt? | Office Use Only | |
|---|---|---|---|---|---|---|
| | | | | | Sched D, E or F? | Lawsuit pending? Collection agency assigned? Counsel for creditor? |
| Unpaid rent | | | | | | |
| Unpaid taxes | | | | | | |
| Unpaid alimony or child support | | | | | | |
| Unpaid service fees | | | | | | |
| All other unpaid debts/bills | | | | | | |

## Section 4 ❧ Unexpired Leases and Contracts (Schedule G)

List below any leases or contracts that are still current that you are a party to. Include residential, car and business leases, and service or business contracts.

| Nature and Description of Contract | Name and Address of Other Party or Parties | Date that Contract Expires |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Section 5 ∞ Current Income

**Marital Status:**
- ☐ Married
- ☑ Single
- ☐ Divorced
- ☐ Separated
- ☐ Widowed

List all dependents of you and your spouse, their ages, and their relationship to you:

| Name | Age | Relationship |
|------|-----|--------------|
| Timothy Kichline | 40 | |

### Part A. Debtor's Income

1. What is your occupation? _Manufacturing_

2. Name and address of your employer:
_12 mill RD_
_Whitehouse, NJ 08889_

3. How long have you been employed there? _1 year_

4. What is the gross amount of your paycheck, before taxes/other deductions are taken out? $ _3,000_

5. How often do you get paid? ☑ once a week ☐ every two weeks ☐ twice a month ☐ once a month ☐ other_____

*Complete the below questions with your estimate of monthly averages.*

6. Do you receive overtime pay outside of your salary? If so, how much per month? $ _445.28_

7. How much is taken out of each paycheck for taxes and social security? $ _314.61_

8. How much is taken out for insurance? $ _15.06_

9. How much for union dues?  $ _0_

10. Are there other deductions? If so, what are they and how much? _Life - $1.93/weekly_

Do you receive

a) income from business operations outside of your regular paycheck listed above? If so, what is the business and how much do you receive per month?

b) income from real estate property? If so, how much per month? ☑No ☐Yes $_____

c) interest or dividends? If so, how much per month? ☑No ☐Yes $_____

d) alimony or family support payments for your use or for the care of your dependents? If so, how much per month? ☑No ☐Yes $_____

e) social security or other forms of monetary government assistance? ☑No ☐Yes $_____

f) retirement or pension money? ☑No ☐Yes$____

Do you have any other sources of income not listed?

Are you or your spouse expecting any increase or decrease in salary next year?  If so, explain.

### Part B. Joint Debtor's Income

1. What is your spouse's occupation?_____

2. Name and address of your spouse's employer:
_____
_____
_____

3. How long employed there? _____

4. What is the gross amount of your spouse's paycheck, before taxes/other deductions? $_____

5. How often does your spouse get paid? ☐ once a week ☐ every two weeks ☐ twice a month ☐ once a month ☐ other_____

*Complete the below questions with your estimate of monthly averages.*

6. Does your spouse  receive overtime pay outside of your salary? How much per month? $_____

7. How much is taken out of each paycheck for taxes and  social security? $_____

8. How much is taken out for insurance? $_____

9. How much for union dues? $_____

10. Are there other deductions?  If so, what are they and how much? _____

Does your spouse receive

a) income from business operations outside of the regular paycheck listed above? If so, what is the business and how much does your spouse receive per month?

b) income from real estate property? If so, how much per month? ☐No ☐Yes $_____

c) interest or dividends? If so, how much per month? ☐No ☐Yes $_____

d) alimony or family support payments for spouse's use or for care of dependents?  If so, how much per month? ☐No ☐Yes $_____

e) social security or other forms of monetary government assistance? ☐No ☐Yes $_____

f) retirement or pension money? ☐No ☐Yes$____

Does your spouse have any other income not listed?

## Section 2 ∂ Property

### Part A.  Real Estate  (Schedule A)

List all real estate which you own or are a joint owner of, even if you still owe money on the property.

| Address and description of property | Owned by Husband, Wife, Joint or Community | Value | Your % ownership, or $ amount, if you and spouse are not sole owners | List all mortgages, home equity loans, and liens:<br><br>What is the $ value of the loan, lien or mortgage? What is your monthly payment? How many payments are left? | Who issued the lien, loan or mortgage? (Name, Address of Institution) | Office Use Only<br><br><br>Exemptions? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Part B.  Personal Property (Schedule B)

For each type of property listed below, indicate whether you own any property of that category, and, if you do, fill in the remaining information.  You can think of the value as the replacement value. For property acquired for personal or family use, replacement value is the price a retail merchant would charge for a property of that kind, considering the age and condition of that property.

| Type of Property | Yes No | Description & Location | Husband, Wife, Joint, Community | Value | Office Use Only Exemptions? |
|---|---|---|---|---|---|
| 1.  Cash on hand | yes | $50.00 | | | |
| 2.  Checking/Savings Account, Certificates of deposit, other bank accounts | yes | $20000 | | | |
| 3.  Security deposits held by utility companies, landlord | | | | | |
| 4.  Household goods, furniture, including audio, video, and computer equipment | yes | | | | |

| Type of Property | Yes/No | Description & Location | Husband, Wife, Joint, Community | Value | Office Use Only Exemptions? |
|---|---|---|---|---|---|
| 5. Books, pictures, art objects, records, compact discs, collectibles | | | | | |
| 6. Clothing | yes | | | | |
| 7. Furs and jewelry | | | | | |
| 8. Sports, photographic, hobby equipment, firearms | | | | | |
| 9. Interest in insurance policies-specify refund or cancellation value | | | | | |
| 10. Annuities | | | | | |
| 11. Interests in an education IRA, as defined in 26 USC § 530(b)(1) | | | | | |
| 12. Interests in pension or profit sharing plans | | | | | |
| 13. Stock and interests in incorporated/ unincorporated business | | | | | |

Client Questionnaire: Copyright©1996-2008 Best Case Solutions

| Type of Property | Yes/ No | Description & Location | Husband, Wife, Joint, Community | Value | Office Use Only Exemptions? |
|---|---|---|---|---|---|
| 14.  Interests in partnerships/joint ventures | | | | | |
| 15.  Bonds | | | | | |
| 16.  Accounts receivable | | | | | |
| 17.  Alimony/family support to which you are entitled | | | | | |
| 18.  Other liquidated debts owed to you, including tax refunds | | | | | |
| 19.  Equitable or future interests or life estates | | | | | |
| 20.  Interests in estate of decedent or life insurance plan or trust | | | | | |
| 21.  Other contigent/ unliquidated claims, including tax refunds, counterclaims | | | | | |
| 22.  Patents, copyrights, other intellectual property | | | | | |
| 23.  Licenses, franchises | | | | | |
| 24.  Customer List or other compilation | | | | | |

Client Questionnaire:  Copyright©1996-2008 Best Case Solutions

| Type of Property | Yes/ No | Description & Location | Husband, Wife, Joint, Community | Value | Office Use Only |
|---|---|---|---|---|---|
| | | | | | Exemptions? |
| 25.  Automobiles, trucks, trailers, and accessories. | yes | | | | |
| 26.  Boats, motors, and accessories | | | | | |
| 27.  Aircraft and accessories | | | | | |
| 28.  Office equipment, supplies | | | | | |
| 29.  Machinery, fixtures etc. for business | | | | | |
| 30.  Inventory | | | | | |
| 31.  Animals | | | | | |
| 32.  Crops-growing or harvested | | | | | |
| 33.  Farming equipment and implements | | | | | |
| 34.  Farm supplies, chemicals, feed | | | | | |

| Type of Property | Yes/ No | Description & Location | Husband, Wife, Joint, Community | Value | Office Use Only Exemptions? |
|---|---|---|---|---|---|
| 35. Other personal property of any kind not listed. | | | | | |

## Section 5A ❧ Current Monthly Income

Fill in your monthly income for the categories below in the column labeled "Month 1." If your income for one of the below categories varies from month to month, complete the below chart by entering in your income for all six months.

| | Month 1 (last month) 6 / 19 | Month 2 (2 months ago) / | Month 3 __/__ | Month 4 __/__ | Month 5 __/__ | Month 6 __/__ | Office Use Only |
|---|---|---|---|---|---|---|---|
| Gross wages, salary, tips, bonuses, overtime, commissions. | 742.00 111.32 | | | | | | |
| Income from operation of business:<br>　　a. Gross Income<br>　　- b. Expenses<br>　　= c. Net Income. | | | | | | | |
| Rent and other real property income:<br>　　a. Gross Income<br>　　- b. Expenses<br>　　= c. Net Income. | | | | | | | |
| Interest, dividends, and royalties. | | | | | | | |
| Pension and retirement income (NOT Social Security). | | | | | | | |
| Regular contributions from others to the household expenses, including child support. | | | | | | | |
| Unemployment Compensation. | | | | | | | |
| Social Security income. | | | | | | | |
| Other sources not already mentioned. Specify: | | | | | | | |

## HOUSEHOLD ITEMS
(Please give replacement value)

| | Quantity | Replacement $ | | Quantity | Replacement $ |
|---|---|---|---|---|---|
| **Living Room** | 1 | | **Appl. (con't)** | | |
| Sofa | 1 | $700 | Dishwasher | 1 | $200 |
| Loveseat | 1 | $400 | Washer | 1 | $900 |
| End Tables | 1 | $70 | Dryer | 1 | $900 |
| Entertainment Center | 1 | $100 | **Luxury Items** | | |
| Coffee Table | | | Rings | | |
| Chair | | | Bracelets | | |
| Ottoman | | | Necklaces/Chains | | |
| Recliner | 1 | $300 | Watches | | |
| **Dining Room** | | | Earrings | | |
| Table | 1 | $900 | Furs | | |
| Chairs | 1 | $600 | **Collections** | | |
| China Cabinet | 1 | $40 | Coins | | |
| Hutch | | | Baseball Cards | | |
| **Bedrooms** | | | Dolls | | |
| Bed | 1 | $1200 | Figurines | | |
| Dresser | 1 | $400 | Other: | | |
| Nightstands | 1 | $250 | **Sporting Equip** | | |
| Chest of Drawers | | | Golf Clubs | | |
| **Electronics** | | | Fishing Pole/Tackle Box | | |
| ATV's | 1 | $1500 | Camping Equipment | | |
| VCR | | | Hobby Equipment | | |
| DVD Player | | | Firearms | 1 | $200 |
| Camera | | | **Machinery/Tools** | | |
| Video Camera | | | Riding Lawnmower | 1 | $900 |
| Stereo | | | Push Lawnmower | | |
| Computer | 2 | $200 | Weed Eater | 1 | $50 |
| Printer | 1 | $30 | Leaf Blower | | |
| Fax/Scanner | 1 | $50 | Hand Tools | | |
| Video Games | 2 | $1000 | Power Tools | | |
| **Appliances** | | | **Animals** | | |
| Stove | 1 | $1500 | Dog | | |
| Microwave | 1 | $200 | Cat | | |
| Refrigerator | 1 | $600 | Fish | | |
| | | | Birds | | |

## Section 3 ❧ Debts

List below all debts that you owe, or that creditors claim that you owe.

| Type of Debt | 1. Creditor Name and Address<br>2. Account Number, if any<br>3. Date/range of dates when debt was incurred<br>4. Contact person's name and address, if different | Amount owed | Name and address of codebtor, if any<br>What is debt for?<br>Is debt secured by any property? (If so, please list monthly payment and number of months left.) | Do you dispute the debt? | Office Use Only | |
|---|---|---|---|---|---|---|
| | | | | | Sched D, E or F? | Lawsuit pending? Collection agency assigned? Counsel for creditor? |
| Home loans/ mortgages | | | | | | |
| Car loans | Capital one | 9,500.00 | | No | | |
| Other bank loans | | | | | | |
| Personal loans | | | | | | |
| Student loans | | | | | | |
| Major credit card debts (Visa, Am Ex, Mastercard, Discover) - *continue on next page, if necessary* | | | | | | |

## Client Questionnaire For Non-Business Debtor

### Section 1 ❧ Basic Information

## Part A.  Name and Address

Name: _Kichline_     _Timothy_     _Scott_

         *Last*            *First*            *Middle*

Telephone Number  Home: _484-546-1558_     Work: _908-531-2121_

Have you used any other names in the past eight years?  ☑ No  ☐ Yes  *If yes, list other names:*

Social Security Number:  _1 6 5_ - _6 2_ - _9 4 2 5_

Driver' License No.:_____  Expiration Date:_____  Date of Birth: _01/07/1979_

Address: _495 Berger RD_

City: _Easton_     State: _Pa_     Zip: _18042_

County: _Northampton_

Have you lived at this address for at least 180 days? ☐ No  ☑ Yes

Have you lived at this address for at least 730 days (2 years)? ☑ No  ☐ Yes

If you answered no to either of the questions above, please list your previous address:

     Address:_____

     City:_____ State:_____ Zip: _____

     County:_____

If you have a different mailing address, please list:

     Mailing Address:_____

     City: _____ State:_____ Zip: _____

## Part B.  Name and Address of Spouse

If you are filing jointly with your spouse, fill in the following information about your spouse:

Name: _____

         *Last*            *First*            *Middle*

Has your spouse used any other names in the past eight years?  ☐ No  ☐ Yes  *If yes, list other names:*

Social Security Number:  ___ ___ ___ - ___ ___ - ___ ___ ___ ___

Driver' License No.:_____  Expiration Date:_____  Date of Birth:_____

Address:  *(if different from your address):* _____

City:  _____ State:_____ Zip:_____ County:_____

If your spouse has a different mailing address, please list:

     Mailing Address:_____

     City: _____ State:_____ Zip: _____

## Part C.  Prior/Pending Bankruptcy Cases

Has a bankruptcy case been filed by you or against you in the last 8 years?  ❑ No   ❑ Yes

If yes, in which district of which state was the case filed? _____

Case Number: _____ Date filed: _____

Are there currently any bankruptcy cases pending against you, your business, your spouse, or your spouse's business?     ☒ No   ❑ Yes

If yes, name of debtor: _____ Relationship to you: _____

Case Number: _____ Date filed: _____ Judge: _____

In which district of which state was the case filed? _____

## Exhibit "C" to the Voluntary Petition

Do you own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  ☒ No   ❑ Yes (If yes, please attach a list and description of the property.)

## Debtors Who Reside as Tenants of Residential Property

If you rent your home, does a landlord hold a judgment against you?  ❑ No   ❑ Yes

If yes, please provide the name and address of the landlord:

Name:_____

Address:_____

City:_____ State:_____ Zip: _____

## Section 6 ❧ Current Expenses

Do you and your spouse maintain separate households? ☑ No  ❑ Yes. If so, fill one page out for your household and another for your spouse's.

The following questions ask for your expenses each month. If you are unsure of the amount you pay each month, but know the amount for a different period (per week, per day, every 2 months, etc.,), write in the amount and the frequency that you pay the amount.

### Indicate how much you pay for each item each month...

1. your rent or your home mortgage ............................................. $ __800.00__
   Does that amount include real estate taxes? ❑ No  ☑ Yes
   Does it include property insurance? ❑ No  ☑ Yes
2. electricity and heating .......................................................... $ __300.00__
3. water and sewage ................................................................ $_____
4. telephone service/long distance ............................................. $_____
5. Do you have any other utility bills? If so, what, and how much per month?
   _____ $_____
   _____ $_____
   _____ $_____
6. home maintenance, including repairs and general upkeep ............ $_____
7. food ................................................................................... $ __200.00__
8. clothing .............................................................................. $_____
9. laundry and dry cleaning ....................................................... $ __150.00__
10. medical and dental expenses ................................................. $_____
11. transportation (not including car payments) ............................. $ __200.00__
12. entertainment, recreation, newspapers, magazines ................... $_____
13. charitable contributions ........................................................ $_____
14. insurance not deducted from paycheck
    a) homeowner's or renter's insurance ..................................... $_____
    b) life insurance .................................................................. $_____
    c) health insurance ............................................................. $_____
    d) auto insurance ................................................................ $_____
    e) other insurance_____ ...................... $_____
15. taxes not deducted from paycheck ......................................... $_____
16. installment payments for car, furniture, etc. (Specify)
    _____ $_____
    _____ $_____
    _____ $_____
17. alimony, maintenance, support paid to others .......................... $_____
18. payments for support of dependents not living at home ............. $_____
19. expenses from operation of business ...................................... $_____

### Additional Expenses (707(b) Expenses)

20. mandatory payroll deductions not already listed _____ $_____
    _____ $_____
21. court ordered payments not already listed _____ $_____
    _____ $_____

$_____

22. education necessary to maintain employment                                   $_____

23. education for a physically or mentally challenged child                       $_____

24. childcare                                                                     $_____

25. disability insurance (if not listed on line 14)                              $_____

26. health savings accounts                                                       $_____

27. care for elderly, chronically ill, or disabled family members                $_____

28. protection from family violence                                               $_____

29. education expense for your children under 18                                  $_____

30. non-mandatory contributions to retirement accounts (including loan repayment)

_____                                          $_____

_____                                          $_____

31. other expenses not listed above  *Cell phone, TV, Internet*              $  *50.00*

_____                                          $  *30.00*

_____                                          $  *63.00*

_____                                          $_____

# Section 7 ♣ Statement of Financial Affairs

If you are filing jointly with your spouse, include information about both you and your spouse. If you are filing under chapter 12 or 13, and you are married and not separated, you must provide information about your spouse even if you are not filing jointly.

If you have no information to report for a question, check the "NONE" box.

1. Income from employment or operation of business

State your gross income from employment or operation of a business: If you have not received an income from employment during the **two years** immediately preceding this calendar year, check this box:

☒ NONE *1 / 7 / 19*

Period *To 1/1/19 - present* $ Amount *23875.40* Source *Job* Husband/Wife

*Redding ton Farms*

January 1 of this year through
date of commencement of case

Last year, (January 1 - December 31)

The year before last,
(January 1 - December 31)

2. Income other than from employment or operation of business

State the amount of income received other than from employment or operation of business during the **two years** immediately preceding the commencement of this case:

☒ NONE

| Period | $ Amount | Source | Husband/Wife |
|---|---|---|---|
| During the last year | | | |
| Year before last | | | |

3. Payments to creditors

a. *If your debts are primarily consumer debts*, list all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor made within **90 days** immediately preceding the commencement of this case. Indicate with an asterisk (*) any payments that were made on account of a domestic support obligation, or that were made as part of an alternative repayment plan.

☒ NONE

| Name and Address of Creditor | Dates of Payments | Amount paid | Amount still owed |
|---|---|---|---|

b. *If your debts are **not** primarily consumer debts,* list each payment or other transfer, aggregating more than $5,475 to any creditor made within **90 days** immediately preceding the commencement of this case.

❏ NONE

| Name and Address of Creditor | Dates of Payments | Amount paid | Amount still owed[ |
|---|---|---|---|

c. *All debtors.* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were "insiders". ("Insiders" include your relatives, your business partners and their relatives, your corporations, or your affiliates.)

☑ NONE

| Name and Address of Creditor and Relationship to You | Dates of Payments | Amount Paid | Amount Still Owed |
|---|---|---|---|

4. Suits, executions, garnishments and attachments

a. List all suits and administrative proceedings to which you are or were a party within **one year** preceding the filing of this case.

☑ NONE

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|

b. Describe all property that has been garnished, seized, or attached under any legal or equitable process within **one year** immediately preceding the commencement of this case.

☑ NONE

| Name and Address of Person/Company for Whom the Property Was Seized (Creditor) | Date of Seizure | Description and Value of Property |
|---|---|---|

5.  Repossessions, foreclosures, and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure, or returned to the seller, within **one year** immediately preceding the commencement of this case.

☑ NONE

| Name and Address of Creditor | Date of Repossession, Foreclosure, Transfer or Return | Description and Value of Property |
|---|---|---|
| | *495 Berger Rd Easton Pa 18042* | |

6.  Assignments and receiverships

a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.

☑ NONE

| Name and Address of Assignee | Date of Assignment | Terms of Assignment/Settlement |
|---|---|---|

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

☑ NONE

| Name and Address of Custodian | Name and location of Court, Case Title and Number | Date of Order | Description and Value of Property |
|---|---|---|---|

7.  Gifts

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

☑ NONE

| Name and Address of Recipient | Relationship to You, if Any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

8. Losses

List all losses from fire, theft, gambling or other casualty within **one year** immediately preceding the commencement of this case **or since the commencement of this case.**

☑ NONE

| Description and Value of Property | Description of Circumstances and Amount Covered by Insurance, if Any | Date of Loss |
|---|---|---|

9.  Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consultation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of the case.

☑ NONE

| Name and Address of Payee | Date of Payment | Name of Person Who Paid, if Not You | Amount of Money/ Description and Value of Property |
|---|---|---|---|

10.  Other transfers (including sale of your property)

a. List all other property, other than property transferred in your ordinary course of business or financial affairs, transferred either absolutely or as a security within **two years** immediately preceding the commencement of this case.

☑ NONE

| Name and Address of Transferee and Relationship to you | Date of Transfer | Description of Property Transferred and Value Received |
|---|---|---|

b. List all property you transferred within **10 years** immediately preceding the commencement of this case to a self-settled trust, or a similar device of which you are the beneficiary.

☑ NONE

| Name of Trust or Similar Device | Date of Transfer | Amount of Money or Description and Value of Property or Interest |
|---|---|---|

11. *Closed financial accounts*

List all financial accounts and instruments held in your name or for your benefit which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.

☑ NONE

| Name and Address of Institution | Type and Number of Account & Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

12. Safe deposit boxes

List each safe deposit or other box or depository in which you have or have had securities, cash, or other valuables within **one year** immediately preceding commencement of this case.

☑ NONE

| Name and Address of Bank or Other Depository | Name and Address of Those With Access to Box or Depository | Description of Contents | Date of Transfer, if Any |
|---|---|---|---|

13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of yours within **90 days** preceding the commencement of this case.

☑ NONE

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

14. Property held for another person

List all property that you hold or control that is owned by another person.

☑ NONE

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

15. Prior address of debtor

If you have moved within the **three years** immediately preceding the commencement of this case, list all residences during the last three years, excluding your present address.

☑ NONE

| Address | Your Name at the Time | Dates of Occupancy |
|---|---|---|

16. Spouses and Former Spouses

If you reside or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **eight-year period** immediately preceding the commencement of the case, identify the name of your spouse and of any former spouse who resides or resided with you in the community property state.

☑ NONE

Name _____

17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.
"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

a. List the name and address of every site for which you received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☑ NONE

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

b. List the name and address of every site for which you provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☑ NONE

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

Client Questionnaire:  Copyright©1996-2008 Best Case Solutions

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which you are or were a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|

18 . Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

☒ NONE

| Name | Taxpayer I.D. Number(EIN) | Address | Nature of Business | Beginning and End Dates of Operation |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

| Name | Address |
|---|---|

*The following questions, #19-25, are only to be answered if you are a corporation or partnership or if you have been, in the six years immediately preceding this case, an officer, director, managing executive, or owner of more than 5% of the voting securities of the corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or otherwise self-employed.*

19. Books, records, and financial statements

a. List all bookkeepers and accountants who, within the **two years** immediately preceding the filing of this bankruptcy case, kept or supervised the keeping of books of account and records.

☑ NONE

| Name and Address | Dates Services Rendered |
|---|---|

b. List all firms or individuals who, within the **two years** immediately preceding the filing of this bankruptcy case, have audited the books of account and records, or prepared a financial statement of the debtor.

☑ NONE

| Name | Address | Dates Services Rendered |
|---|---|---|

c. List all firms or individuals who, at the time of the commencement of this case, were in possession of your books of account and records.  If the records are not available, explain.

☑ NONE

| Name and Address | Comments |
|---|---|

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

☑ NONE

| Name and Address | Date Issued |
|---|---|

20.  Inventories

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☑ NONE

| Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory (specify cost, market, or other basis) |
|---|---|---|
| | | |

b.  List the name and address of the person possessing the records of each of the two inventories reported in a.) above.

☑ NONE

| Date of Inventory | Name and Address of Custodian of Inventory Records |
|---|---|
| | |

21.  Current partners, officers, directors, and shareholders

a.  If your business is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☑ NONE

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|
| | | |

b.  If your business is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 % or more of the voting securities of the corporation.

☑ NONE

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| | | |

22.  Former partners, officers, directors and shareholders

a.  If your business is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☑ NONE

| Name and Address | Date of Withdrawal |
|---|---|
| | |

b.  If your business is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

☑ NONE

| Name and Address | Title | Date of Termination |
|---|---|---|
| | | |

23. Withdrawals from a partnership or distributions by a corporation

If your business is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☑ NONE

| Name and Address of Recipient, and Relationship to You | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|---|---|---|

24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

☑ NONE

| Name of Parent Corporation | Taxpayer Identification Number |
|---|---|

25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

☑ NONE

| Name of Pension Fund | Taxpayer Identification Number |
|---|---|

Fill in this information to identify your case and this filing:

Debtor 1    TIMOTHY      SCOTT       KICHLINE
            First Name   Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the   Eastern District of Pennsylvania

Case number   19-13905

☐ Check if this is an
amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1**   495 BERGER ROAD
Street address, if available, or other description

EASTON        PA     18042
City          State  ZIP Code

NORTHAMPTON
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

Current value of the entire property?   Current value of the portion you own?
$   204,177.00      $   84,177.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2**   _____
Street address, if available, or other description

_____
City          State  ZIP Code

_____
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property?   Current value of the portion you own?
$ _____   $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

**1.3** _____

Street address, if available, or other description

_____

_____

City                    State      ZIP Code

_____

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property._

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................... →   $   84,177.00

---

## Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on _Schedule G: Executory Contracts and Unexpired Leases._

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

**3.1** Make:   Ford

Model:   Edge

Year:   2012

Approximate mileage:   60000

Other information:

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property_

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $   8,324.00 | $   4,000.00 |

If you own or have more than one, describe here:

**3.2** Make:   _____

Model:   _____

Year:   _____

Approximate mileage:   _____

Other information:

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property_

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

| 3.3 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | Current value of the    Current value of the |
| | Other information: | ☐ At least one of the debtors and another | entire property?      portion you own? |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

| 3.4 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | Current value of the    Current value of the |
| | Other information: | ☐ At least one of the debtors and another | entire property?      portion you own? |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

| 4.1 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | Current value of the    Current value of the |
| | | ☐ At least one of the debtors and another | entire property?      portion you own? |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

If you own or have more than one, list here:

| 4.2 | Make: _____ | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | Current value of the    Current value of the |
| | | ☐ At least one of the debtors and another | entire property?      portion you own? |
| | | ☐ Check if this is community property (see instructions) | $_____    $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................... → $ **4,000.00**

Debtor 1    TIMOTHY    SCOTT    KICHLINE
First Name    Middle Name    Last Name

Case number (if known) 19-13905

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Stove, Washer and Dryer, Sofa, Bed, Utensils, Refridarator
   $ ~~2,000.00~~  2,500.00 TK

7. Electronics
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... Televisions, Stereos, Laptop, Desk top, Printers (2), Cell phone, video games console
   $ ~~200.00~~  800.00 TK

8. Collectibles of value
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........
   $

9. Equipment for sports and hobbies
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.........
   $

10. Firearms
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe......... Rifle
    $ 200.00

11. Clothes
    Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... Everyday Clothes, and Work Uniforms
    $ 1,000.00

12. Jewelry
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.........
    $

13. Non-farm animals
    Examples: Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.........
    $

14. Any other personal and household items you did not already list, including any health aids you did not list
    ☑ No
    ☐ Yes. Give specific information. .............
    $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here →
    $ ~~3,200.00~~  4,500 TK

Debtor 1    TIMOTHY    SCOTT    KICHLINE
First Name    Middle Name    Last Name

Case number (if known)    19-13905

| Part 4: | Describe Your Financial Assets |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

16. **Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes

Cash................ $ _____175.00

17. **Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................

Institution name:

| | | |
|---|---|---|
| 17.1 Checking account: | Aspiration | $ 2,000 |
| 17.2 Checking account: | | $ |
| 17.3 Savings account: | | $ |
| 17.4 Savings account: | | $ |
| 17.5 Certificates of deposit: | | $ |
| 17.6 Other financial account: | | $ |
| 17.7 Other financial account: | | $ |
| 17.8 Other financial account: | | $ |
| 17.9 Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, Investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes

Institution or issuer name:

$ _____
$ _____
$ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them.

Name of entity:                          % of ownership:

_____    0%    %    $ _____
_____    0%    %    $ _____
_____    0%    %    $ _____

Debtor 1    TIMOTHY          SCOTT        KICHLINE                        Case number (if known)   19-13905
            First Name    Middle Name       Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific
  information about      Issuer name:
  them.

_____    $_____

_____    $_____

_____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
  account separately.    Type of account:      Institution name:

                         401(k) or similar plan    _____    $_____

                         Pension plan          _____    $_____

                         IRA                   _____    $_____

                         Retirement account    _____    $_____

                         Keogh                 _____    $_____

                         Additional account    _____    $_____

                         Additional account    _____    $_____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes                    Institution name or individual:

                         Electric        _____    $_____

                         Gas            _____    $_____

                         Heating oil     _____    $_____

                         Security deposit on rental unit _____    $_____

                         Prepaid rent    _____    $_____

                         Telephone      _____    $_____

                         Water          _____    $_____

                         Rented furniture _____    $_____

                         Other          _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes             Issuer name and description:

                  _____    $_____

                  _____    $_____

                  _____    $_____

Debtor 1    TIMOTHY    SCOTT    HIGHLINE    Case number (if known) 19-13905
           First Name    Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ............................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____

_____    $_____

_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them    _____    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them ...    _____    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them ...    _____    $_____

**Money or property owed to you?**    Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

☐ Yes Give specific information about them, including whether you already filed the returns and the tax years. ....................

| | |
|---|---|
| Federal | $_____ |
| State | $_____ |
| Local | $_____ |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

| | |
|---|---|
| Alimony | $_____ |
| Maintenance | $_____ |
| Support | $_____ |
| Divorce settlement | $_____ |
| Property settlement | $_____ |

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information

$        175.00

Debtor 1    TIMOTHY        SCOTT        KICHLINE                                    Case number (if known)    19-13905
First Name        Middle Name        Last Name

31. **Interests in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value

| Company name: | Beneficiary: | Surrender or refund value |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information                                                    $ _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☐ No

☑ Yes. Describe each claim.    Fannie Mae v. Kichline Common Court of Pleas c48-cv-2018-0842    $    3,500.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim.                                                          $ _____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information                                                    $ _____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here    →    $    ~~5,500.00~~  5,500.00  TK
~~3,500.00~~

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe                                                                     $ _____

39. **Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☑ Yes. Describe    Computer and Printer                                            $    500.00

Official Form 106A/B                Schedule A/B: Property                        page 8

Debtor 1    TIMOTHY    SCOTT    KICHLINE    Case number (if known)  19-13905
            First Name    Middle Name    Last Name

40 Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☑ No
☐ Yes. Describe .......                                                          $_____

41 Inventory
☑ No
☐ Yes. Describe                                                                  $_____

42 Interests in partnerships or joint ventures
☑ No
☐ Yes. Describe         Name of entity:                          % of ownership:
                        _____     ____ %    $_____
                        _____     ____ %    $_____
                        _____     ____ %    $_____

43 Customer lists, mailing lists, or other compilations
☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe                                                          $_____

44 Any business-related property you did not already list
☑ No
☐ Yes. Give specific
    information .........    _____     $_____
                            _____     $_____
                            _____     $_____
                            _____     $_____
                            _____     $_____
                            _____     $_____

45 Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
   for Part 5. Write that number here                                  →    $_____500.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46 Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                                    Current value of the
                                                                    portion you own?
                                                                    Do not deduct secured claims
                                                                    or exemptions.

47 Farm animals
   *Examples*: Livestock, poultry, farm-raised fish
☑ No
☐ Yes . ..............                                                          $_____0.00

Debtor 1    TIMOTHY          SCOTT          KICHLINE              Case number (if known)   19-13905
              First Name    Middle Name    Last Name

48 Crops—either growing or harvested
☑ No
☐ Yes. Give specific
   information                                                                              $_____

49 Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
☑ No
☐ Yes                                                                                       $_____

50 Farm and fishing supplies, chemicals, and feed
☑ No
☐ Yes                                                                                       $_____

51 Any farm- and commercial fishing-related property you did not already list
☑ No
☐ Yes. Give specific
   information                                                                              $_____

52 Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached    →    $    0.00
   for Part 6. Write that number here

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53 Do you have other property of any kind you did not already list?
   *Examples*  Season tickets, country club membership
☑ No
☐ Yes. Give specific                                                                        $_____
   information                                                                              $_____
                                                                                            $_____

54 Add the dollar value of all of your entries from Part 7. Write that number here    →    $    0.00

## Part 8:    List the Totals of Each Part of this Form

55 Part 1: Total real estate, line 2                                        →    $    84,177.00

56 Part 2: Total vehicles, line 5                          $    4,000.00

57 Part 3: Total personal and household items, line 15     $    ~~4,500.00~~ -TK
                                                               ~~3,200.00~~

58 Part 4: Total financial assets, line 36                 $    ~~5,500.00~~ TK
                                                               ~~3,500.00~~

59 Part 5: Total business-related property, line 45        $    500.00

60 Part 6: Total farm- and fishing-related property, line 52   $    0.00

61 Part 7: Total other property not listed, line 54        + $    0.00

62 Total personal property. Add lines 56 through 61. ...........    $    ~~11,200.00~~ Copy personal property total    + $    11,200.00
                                                                        14,500.00  TK

63 Total of all property on Schedule A/B. Add line 55 + line 62........................................    $    95,377.00

Official Form 106A/B                          Schedule A/B: Property                          page 10

Home > What's My Car Worth > Style > Options & Condition > SE Sport Utility 4D



**TRADE-IN VALUE**

$7,539 - $9,108
Trade-in Value
$8,324

This estimated value helps you
confidently negotiate with dealers.

Average Time to Trade-In:



**1-7**
DAYS

Level of Effort:

**Medium**

ⓘ Important info
& definitions

Track this
car's values

**See Overview of Values**

Condition: Very Good
Valid for ZIP Code 18042 through 06/27/2019

**Overall Consumer Rating 4.5** / 5

700 Ratings

**Write a review**

  **Start the Trade-In Process Online**

Your Trade-in:
**2012 Ford Edge SE Sport Utility 4D**
Change vehicle

## What Vehicle Are You Shopping For?

| Make | ▼ | Model | 18042 |

See Local Dealers

## ❸ Shop for Your Next Car

Browse photos, read reviews, see pricing and more.

New ▼

**Similar Vehicles**

Make ▼

Model





Take a

Look

**2019 Ford Taurus**

**2019 Ford Fusion**

**Fill in this information to identify your case:**

| Debtor 1 | TIMOTHY | SCOTT | KICHLINE |
|----------|---------|-------|----------|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   19-13905
(If known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: MOTOR VEHICLE<br>Line from *Schedule A/B*: 3 | $ 4,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2). |
| Brief description: REAL PROPERTY<br>Line from *Schedule A/B*: 1 | $ 84,177.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: WAGES<br>Line from *Schedule A/B*: _____ | $ 3,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | PA.C.S. 42-8127 |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☑ Yes

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | TIMOTHY | SCOTT | KICHLINE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 19-13905
(if known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1 FANNIE MAE**
Creditor's Name

Describe the property that secures the claim: $ 0.00   $ 0.00   $ 0.00

5600 GRANITE PARKWAY
Number       Street

Judgment for Possession

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

PLANO       TX   75024
City       State   ZIP Code

Nature of lien  Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Who owes the debt? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 04/26/0201

Last 4 digits of account number ____

**2.2 PNC BANK**
Creditor's Name

Describe the property that secures the claim: $ 119,488.00   $ 204,177.00   $84,177.00

3232 NEWMARK DRIVE
Number       Street

REAL PROPERTY "FEE SIMPLE"

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

MIAMISBURG       OH   45342
City       State   ZIP Code

Nature of lien  Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Who owes the debt? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred 08/11/0201

Last 4 digits of account number ____

Add the dollar value of your entries in Column A on this page. Write that number here: $ 119,488.00

Official Form 106D       Schedule D: Creditors Who Have Claims Secured by Property       page 1 of 1

Debtor 1    TIMOTHY      SCOTT      REHLINE      Case number (if known) 19-13905

First Name     Middle Name     Last Name

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim | **Column C**<br>Unsecured<br>portion<br>If any |

---

**Describe the property that secures the claim:**

$_____  $_____  $_____

Creditor's Name

Number   Street

**As of the date you file, the claim is:** Check all that apply

City     State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one

**Nature of lien** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

**Describe the property that secures the claim:**

$_____  $_____  $_____

Creditor's Name

Number   Street

**As of the date you file, the claim is:** Check all that apply

City     State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one

**Nature of lien** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

**Describe the property that secures the claim:**

$_____  $_____  $_____

Creditor's Name

Number   Street

**As of the date you file, the claim is:** Check all that apply

City     State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one

**Nature of lien** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:** $_____

**If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:** $119,488.

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | TIMOTHY | SCOTT | KICHLINE | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the  Eastern District of Pennsylvania

Case number  19-13905
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** NORTHAMPTON COUNTY Sherrif
Priority Creditor's Name

669 WASHINGTON STREET
Number     Street

EASTON          PA    18042
City             State   ZIP Code

Who incurred the debt? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __          $  0.00  $  0.00  $  0.00

When was the debt incurred?  04/26/2019

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other  Specify  Writ of Possession

**2.2** KML LAW GROUP/NORA VIGGIAN
Priority Creditor's Name

701 MARKET ST
Number     Street
SUITE 5000

PHILADELPHIA      PA    19106
City             State   ZIP Code

Who incurred the debt? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __          $  0.00  $  0.00  $  0.00

When was the debt incurred?  09/11/2018

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other  Specify  Attorneys Fees

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

**Total claim**

| | | | |
|---|---|---|---|
| **Total claims from Part 1** | 6a. Domestic support obligations | 6a. | $ 0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| | 6e. Total. Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claim**

| | | | |
|---|---|---|---|
| **Total claims from Part 2** | 6f. Student loans | 6f. | $ 0.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 0.00 |
| | 6j. Total. Add lines 6f through 6i. | 6j. | $ 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | TIMOTHY | SCOTT | KICHLINE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | Eastern District of Pennsylvania | | |
| Case number | 19-13905 | | |
| (If known) | | | |

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

2.1
Name

Number      Street

City                    State    ZIP Code

2.2
Name

Number      Street

City                    State    ZIP Code

2.3
Name

Number      Street

City                    State    ZIP Code

2.4
Name

Number      Street

City                    State    ZIP Code

2.5
Name

Number      Street

City                    State    ZIP Code

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | TIMOTHY | SCOTT | KICHLINE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  19-13905
(If known)

☐ Check if this is an amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

       ☐ No

       ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number      Street

   _____
   City                    State              ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

**3.1**

Name _____

Number    Street

City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name _____

Number    Street

City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**

Name _____

Number    Street

City                    State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | TIMOTHY | SCOTT | KICHLINE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  19-13905
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Filler Operator | |
| Employer's name | Readington Farms Mfg. | |
| Employer's address | 12 Mill Rd.<br>Number   Street | Number   Street |
| | Whitehouse Sta.  NJ    08889<br>City        State   ZIP Code | City        State   ZIP Code |
| How long employed there? | 1 year | 1 year |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,000.00 | $_____ |
| 3 | Estimate and list monthly overtime pay. | 3. | + $_____ | + $_____ |
| 4 | Calculate gross income. Add line 2 + line 3. | 4. | $ 3,000.00 | $_____ |

Debtor 1    TIMOTHY ____ SCOTT ____ KICHLINE ____
    First Name     Middle Name     Last Name        Case number (if known) 19-13905

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................ → | 4. | $ 3,000.00 | $ _____ |

5 List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 125.00 | $ _____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ _____ | $ _____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 45.00 —TK | $ _____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ _____ | $ _____ |
| 5e. Insurance | 5e. | $ 15.00 —TK | $ _____ |
| 5f. Domestic support obligations | 5f. | $ _____ | $ _____ |
| 5g. Union dues | 5g. | $ _____ | $ _____ |
| 5h. Other deductions. Specify: _____ | 5h. +$ _____ | + $ _____ |

| | | | |
|---|---|---|---|
| 6 Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ _____ | $ _____ |
| 7 Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,875.00  2875.00 ↖TK | $ _____ |

8 List all other income regularly received:

| | | | |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ | $ _____ |
| 8b. Interest and dividends | 8b. | $ _____ | $ _____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ | $ _____ |
| 8d. Unemployment compensation | 8d. | $ _____ | $ _____ |
| 8e. Social Security | 8e. | $ _____ | $ _____ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ _____ | $ _____ |
| 8g. Pension or retirement income | 8g. | $ _____ | $ _____ |
| 8h. Other monthly income. Specify: _____ | 8h. +$ _____ | + $ _____ |

| | | | |
|---|---|---|---|
| 9 Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ _____ |
| 10 Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10 | $ 2,875.00  2875 TK + | $ _____ = $ 2,875.00    2875 TK |

11 State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____  11. + $ _____

12 Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12. $ 2,875.00
Combined monthly income
2815 TK

13 Do you expect an increase or decrease within the year after you file this form?
☐ No.
☑ Yes. Explain: | Overtime |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

Debtor 1    TIMOTHY        SCOTT        KICHLINE
            First Name     Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name   Last Name

United States Bankruptcy Court for the  Eastern District of Pennsylvania

Case number   19-19305
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  expenses as of the following date:

  _____
  MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1  **Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2  **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and         ☐ Yes. Fill out this information for
   Debtor 2.                            each dependent.........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3  **Do your expenses include      ☑ No
   expenses of people other than    ☐ Yes
   yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4  The rental or home ownership expenses for your residence. Include first mortgage payments and       4   $_____798.00
   any rent for the ground or lot.

   If not included in line 4:

   4a  Real estate taxes                                                          4a  $_____

   4b  Property, homeowner's, or renter's insurance                              4b  $_____

   4c  Home maintenance, repair, and upkeep expenses                            4c  $_____

   4d  Homeowner's association or condominium dues                              4d  $_____

| Debtor 1 | TIMOTHY | SCOTT | KICHLINE | Case number (if known) 19-19305 |
| | First Name | Middle Name | Last Name | |

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5 | Additional mortgage payments for your residence, such as home equity loans | | 5 | $_____ |
| 6 | Utilities: | | | |
| | 6a | Electricity, heat, natural gas | 6a | $ ~~100.00~~  300.00 TK |
| | 6b | Water, sewer, garbage collection | 6b | $_____ 60.00 |
| | 6c | Telephone, cell phone, Internet, satellite, and cable services | 6c | $_____ 150.00 |
| | 6d | Other. Specify: _____ | 6d | $_____ |
| 7 | Food and housekeeping supplies | | 7 | $_____ 450.00 |
| 8 | Childcare and children's education costs | | 8 | $_____ |
| 9 | Clothing, laundry, and dry cleaning | | 9 | $_____ 150.00 |
| 10 | Personal care products and services | | 10 | $_____ 100.00 |
| 11 | Medical and dental expenses | | 11 | $_____ 75.00 |
| 12 | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | | 12 | $_____ 250.00 |
| 13 | Entertainment, clubs, recreation, newspapers, magazines, and books | | 13 | $_____ 0.00 |
| 14 | Charitable contributions and religious donations | | 14 | $_____ 0.00 |
| 15 | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a | Life insurance | 15a | $_____ |
| | 15b | Health insurance | 15b | $_____ |
| | 15c | Vehicle insurance | 15c | $ ~~90.00~~ |
| | 15d | Other insurance. Specify:_____ | 15d | $_____ 1340.00 -TK |
| 16 | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16 | $_____ |
| 17 | Installment or lease payments: | | | |
| | 17a | Car payments for Vehicle 1 | 17a | $ 230.00 TK |
| | 17b | Car payments for Vehicle 2 | 17b | $_____ |
| | 17c | Other. Specify:_____ | 17c | $_____ |
| | 17d | Other. Specify:_____ | 17d | $_____ |
| 18 | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | | 18 | $_____ |
| 19 | Other payments you make to support others who do not live with you. Specify:_____ | | 19 | $_____ |
| 20 | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | | |
| | 20a | Mortgages on other property | 20a | $_____ |
| | 20b | Real estate taxes | 20b | $_____ |
| | 20c | Property, homeowner's, or renter's insurance | 20c | $_____ |
| | 20d | Maintenance, repair, and upkeep expenses | 20d | $_____ |
| | 20e | Homeowner's association or condominium dues | 20e | $_____ |

Debtor 1    TIMOTHY ___ SCOTT ___ KICHLINE ___    Case number (if known) 19-19305 ___
First Name        Middle Name        Last Name

21    **Other.** Specify: _____    21    +$ _____

22    **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a    $    ~~2,223.00~~    *2793.00 —TK*

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b    $ _____

22c. Add line 22a and 22b. The result is your monthly expenses.    22c    $    ~~2,223.00~~
*2793.00 —TK*

23    **Calculate your monthly net income.**

*2 815.00 TK*

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a    $    ~~2,875.00~~
*2793.00 TK*

23b. Copy your monthly expenses from line 22c above.    23b    −$    ~~2,223.00~~

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c    $    ~~652.00~~
*22.00 TK*

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | TIMOTHY | SCOTT | KICHLINE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   19-13905
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes.   Name of person   DENNIS J. HUELBIG JR.        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ *Timothy Kichline*          ✗ _____
Signature of Debtor               Signature of Debtor 2

Date 06/27/2019                   Date _____
     MM / DD / YYYY                    MM / DD / YYYY

FILED
2019 JUL -2 PM 12:59
U.S. BANKRUPTCY COURT