# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re : TIMOTHY SCOTT KICHLINE                                   Case No. 19-13905
               Debtor.

                                                 Chapter 13

### DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER
*[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For document preparation services I have agreed to accept..................................$250.00

Prior to the filing of this statement I have received...............................................$175.00

Balance Due ...........................................................................................$0.00

2. I have prepared or caused to be prepared the following documents (itemize): and provided the following services (itemize): Voluntary Petition, Statement of Social Security Number, Mailing Matrix, Schedules A-J, Motion to Extend Stay, Provided Chapter 13 Plan Form, Motion for Protection Payments, and any and all required documents.

3. The source of the compensation paid to me was:
    ✓ Debtor                        Other (specify)

4. The source of compensation to be paid to me is:
    ✓ Debtor                        Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME                                      SOCIAL SECURITY NUMBER

*[Signature]*                            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                        6/26/2019

Signature                                       Social Security number of bankruptcy        Date
                                                    petition preparer*

Dennis J. Huelbig d.b.a. New Research Services    5075 Spyglass Hill Dr., #2104, Las Vegas, Nevada 89142
Printed name and title, if any, of                      Address
Bankruptcy Petition Preparer

\* If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer. (Required by 11 U.S.C. § 110).

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF STATE

06/26/2017

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

NEW RESEARCH SERVICES

I, Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania, do hereby certify that the foregoing and annexed is a true and correct copy of

Fictitious Creation filed on Jun 26, 2017 - Pages (2)

which appear of record in this department.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of the Secretary's Office to be affixed, the day and year above written

*Pedro A. Cortés*

Secretary of the Commonwealth

Certification Number: TSC170626151632-1

Verify this certificate online at http://www.corporations.pa.gov/orders/verify.aspx