Certificate Number: 05781-PAE-DE-033008832

Bankruptcy Case Number: 19-13905



05781-PAE-DE-033008832

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2019, at 12:42 o'clock PM PDT, Timothy Kichline completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 23, 2019              By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President