# United States Bankruptcy Court

## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re | TIMOTHY SCOTT KICHLINE, | Case No.    19-13905 |
| | Debtor. | Chapter    13 |

### Motion, Notice and Order for Adequate Protection Payments and Opportunity to Object

The Debtor, states as follows:

1.  On June 19, 2019, the Debtor(s) filed a petition under Title 11 commencing a Chapter 13 case.

2.  The debtor proposes to make adequate protection payments, pursuant to §1326 (a) (1) (c) beginning no later than 30 days after the petition date, to the holders of the allowed secured claims and in the amounts specified below:

| Secured Creditor | Collateral Description | Adequate Protection Payment |
|---|---|---|
| Fannie Mae | Real Property Located at 495 Berger Road, Easton, Pennsylvania 18042 | $798.00 Month |
| | | |
| | | |

3.  The Debtor will make the adequate protection payments, until the debtor's plan is confirmed, in the following manner:

    ✔ (a) The Trustee will disburse the payments monthly from the plan payments received from the debtor.

☐ (b) The debtor will disburse the payments monthly, and will (1) reduce the plan payments made to the Trustee and (2) provide evidence of such payment to the Trustee, such as a copy of a check or money order, that includes the date and amount of the payment.

☐ (c) Other:_____

Dated: June 27, 2019

Timothy S. Kichline, Debtor

2019 JUL -2 PM 1:00
U.S. BANKRUPTCY COURT

FILED

# United States Bankruptcy Court

Eastern District of Pennsylvania

In re          TIMOTHY SCOTT KICHLINE,                                    Case No.    19-13905

Debtor.

Chapter     13

## Order for Adequate Protection Payments and Opportunity to Object

This case coming before the Court on the Debtor's notice of Proposed Adequate Protection Payments, It is hereby ordered that the Debtor or Trustee is authorized to make the Adequate Protection Payment as set forth therein.

> IF A CREDITOR OR OTHER PARTY IN INTEREST HAS ANY OBJECTION TO THE ADEQUATE PROTECTION PAYMENTS DETAILED IN THIS ORDER, A WRITTEN OBJECTION MUST BE FILED WITH THE U.S. BANKRUPTCY COURT CLERK WITHIN 21 DAYS OF THE DATE THIS ORDER IS ENTERED.

Dated:_____

_____
United States Bankruptcy Judge

I,_____, Counsel for the Debtor, hereby certify that I have today, the_____day of_____,
_____, mailed a copy of (this) (the foregoing) Notice of Adequate Protection and Order_____to the
following Creditor(s) in the following manner: (Name and address of creditors served)