UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :    Chapter 13
Timothy Scott Kichline              :
                                    :    Bankruptcy No. 19-13905AMC
        Debtor.                     :

## ORDER

Upon consideration of Debtor's Motion to Extend the Automatic Stay ("Motion"), It is **HEREBY ORDERED** that the Motion is **GRANTED**.

Dated: July 24, 2019

_____
Ashely M. Chan
United States Bankruptcy Judge