# COUNTY OF NORTHAMPTON



### RECORDER OF DEEDS
NORTHAMPTON COUNTY GOVERNMENT CENTER
669 WASHINGTON STREET
EASTON, PENNSYLVANIA 18042-7486
Area Code (610) 829-6210

Andrea F. Suter - Recorder
Dorothy J. Edelman - Lead Deputy
Barbara L. Manieri - Deputy

## *AFFIDAVIT FILED*

Book - 2018-1   Starting Page - 100701
*Total Pages - 5

Instrument Number - 2018012796
Recorded On 5/21/2018 At 2:35:42 PM

NCGIS Registry UPI Certification
On May 21, 2018 By SRM

* Instrument Type - DEED
Invoice Number - 892949
* Grantor - KICHLINE, TIMOTHY S
* Grantee - FANNIE MAE
User - HMT
* Customer - KML LAW GROUP P C

| * FEES | | *RECORDED BY: |
|---|---|---|
| STATE WRIT TAX | $0.50 | KML LAW GROUP P C |
| JCS/ACCESS TO JUSTICE | $40.25 | LITS BUILDING |
| RECORDING FEES | $13.00 | 701 MARKET ST STE 5000 |
| AFFORDABLE HOUSING | $14.02 | PHILADELPHIA, PA 19106 |
| AFFORDABLE HOUSING - ADMIN FEE | $2.48 | ATTN: POST SALE |
| COUNTY RECORDS IMPROVEMENT FEE | $2.00 | I hereby CERTIFY that this document is recorded in the Recorder's Office Of Northampton County, Pennsylvania |
| DEEDS RECORDS IMPROVEMENT FEE | $3.00 | |
| UPI CERTIFICATION FEE | $10.00 | |
| TOTAL PAID | $85.25 | |



Andrea F. Suter
Recorder of Deeds

THIS IS A CERTIFICATION PAGE

## Do Not Detach

THIS PAGE IS NOW THE FIRST PAGE
OF THIS LEGAL DOCUMENT

**Book: 2018-1      Page: 100701**

\* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

Case 19-13905-amc   Doc 43   Filed 09/19/19   Entered 09/19/19 09:35:18   Desc Main
Document      Page 2 of 10

# Know all Men by these Presents

that I, Richard H. Johnston, Acting Sheriff of the County of Northampton, in the State of Pennsylvania, for the consideration of the sum of One Thousand Five Hundred Seven and 17/100 ($1,507.17) dollars, to me in hand paid, do hereby grant and convey to

## FANNIE MAE

ALL THAT CERTAIN tract or parcel of land shown as Lot No.3 on a plan titled "Minor Subdivision Plan of Property of Forrest K. and Dorothy V. Brotzman" dated August 7, 1994, revised November 1, 1994, prepared by Daniel P. Decker, P .L.S. and recorded in Plan Book Volume 1995, Page 4 at the Northampton County Recorder of Deeds Office, said situate on the northwesterly side of Berger Road (Township Road No. 430) in the Borough of Glendon, County of Northampton and Commonwealth of Pennsylvania, bounded and described as follows, to wit:

BEGINNING at an iron pin located on the northwesterly right-of-way line of Berger Road (Township Road No. 430), said iron pin being the southernmost point of the herein described tract and also a corner in common with Lot No. 1 of the aforementioned subdivision;

THENCE along the same North thirty-three Degrees zero Minutes zero Seconds (N 33 degrees 00 minutes 00 seconds W) West, a distance of three hundred fifty-one and thirty-one-hundredths (351.30') feet to an iron pin;

THENCE along Lot No.2 of the aforementioned subdivision North twenty-two Degrees forty-four Minutes twenty-five Seconds (N 22 degrees 44 minutes 25 seconds W) West, a distance of five hundred eighty-seven and sixty-one one-hundredths (587.61') feet to an iron pin;

THENCE along the southeasterly right-of-way line of Interstate 78 North fifty-seven Degrees thirty-one Minutes, zero Seconds (N 57 degrees 31 minutes 00 seconds E) East, a distance of one hundred twenty-five and zero one-hundredths (125.00') feet to an iron pin;

THENCE along land now or late or formerly of Robert B. and Shirley A. Brandau the following three (3) courses and distances.

(1) South thirty-one Degrees thirty Minutes zero Seconds (S 31 degrees 30 minutes 00 seconds E) East, a distance of seven hundred twenty-two and fifty-six one-hundredths (722.56') feet to an iron pin;

(2) South fifty-two Degrees zero Minutes zero Seconds (S 52 degrees 00 minutes 00 seconds W) West, a distance of one hundred eighty-six and forty-five one-hundredths (186.45') feet to an iron pin;

(3) South thirty-three Degrees zero Minutes zero Seconds (S 33 degrees 00 minutes 00 seconds E), a distance of one hundred eighty-one and thirty-four one-hundredths (181.34') feet to a concrete monument;

THENCE along the northwesterly right-of-way line of Berger Road, South thirty-eight Degrees fifteen Minutes zero Seconds (S 38 degrees 15 minutes 00 seconds W) West, a distance of twenty-six and forty one hundredths (26.40') feet to an iron pin, the POINT OF BEGINNING.

Book 2018-1 Page 100702

CONTAINING 135,537 square feet (3.1115 acres) of land.

**BEING THE SAME PREMISES CONVEYED TO Timothy S. Kichline** by deed from Timothy S. Kichline, Administrator of the Estate of Jo Ann Kichline, deceased, dated 6/16/2010 and recorded 6/17/2010 in **Northampton County** Book 2010-1 page 117123.

TAX IDENTIFICATION NUMBER: M9/21/22C/0813

PREMISES BEING KNOWN AS 495 Berger Road, Easton, Pennsylvania.

*I hereby certify the precise address of the within-named Grantee is*
14221 Dallas Parkway, Suite 1000
Dallas, TX 75254-2946

_____
*Acting Sheriff of Northampton County*

the same having been sold by me to the said grantee(s) on the 6th day of April Anno Domini two thousand and eighteen, after due advertisement according to law, under and by virtue of a Writ of Execution for Mortgage Foreclosure pursuant to judgment number CV-2017-03296, issued on the 11th day of August Anno Domini two thousand and seventeen out of the Court of Common Pleas of the said County of Northampton at the suit of PNC Bank, National Association *vs* Timothy S. Kichline.

*In Witness Whereof,* I have hereunto affixed my signature this 27th day of April Anno Domini two thousand and eighteen.

_____
*Acting Sheriff of Northampton County*

*Commonwealth of Pennsylvania, ss.*

Before the undersigned, Holly Ruggiero, Prothonotary of the Court of Common Pleas of Northampton County, personally appeared Richard H. Johnston, Acting Sheriff of Northampton County aforesaid, and in due form of law declared that the facts set forth in the foregoing Deed are true, and that he acknowledged the same in order that said Deed might be recorded.

*Witness My Hand* and seal of said Court, this 27th day of April Anno Domini two thousand and eighteen.

_____
*Prothonotary*   My Commission Expires First Monday in January, 2022

Case 19-13905-amc    Doc 43    Filed 09/19/19    Entered 09/19/19 09:35:18    Desc Main
Document      Page 8 of 10

| REV-183 EX (2-15) | **REALTY TRANSFER TAX** | RECORDER'S USE ONLY |
|---|---|---|
| **pennsylvania** DEPARTMENT OF REVENUE Bureau of Individual Taxes PO BOX 280603 Harrisburg, PA 17128-0603 | **STATEMENT OF VALUE** See reverse for instructions. | State Tax Paid ⓒ<br>Book Number 2018-1<br>Page Number 100701<br>Date Recorded 5-21-18 |

Complete each section and file in duplicate with Recorder of Deeds when (1) the full value/consideration is not set forth in the deed, (2) the deed is without consideration or by gift, or (3) a tax exemption is claimed. If more space is needed, please attach additional sheets. A Statement of Value (SOV) is not required if the transfer is wholly exempt from tax based on family relationship or public utility easement. However, it is recommended that a SOV accompany all documents filed for recording.

### A. CORRESPONDENT – All inquiries may be directed to the following person:

| Name | Telephone Number: |
|---|---|
| KML Law Group, P.C. | (215) 627-1322 |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 701 Market Street, Suite 5000 BNY Independence Center | Philadelphia | PA | 19106-1532 |

### B. TRANSFER DATA

Date of Acceptance of Document  4/9/2018

| Grantor(s)/Lessor(s) | Telephone Number: | Grantee(s)/Lessee(s) | Telephone Number: |
|---|---|---|---|
| SHERIFF OF NORTHAMPTON COUNTY | 610-559-3064 829-6699 | FANNIE MAE | 972-773-7822 |

| Mailing Address | | Mailing Address | |
|---|---|---|---|
| Sheriff's Office, 669 Washington Street | | 14221 Dallas Parkway, Suite 1000, | |

| City | State | ZIP Code | City | State | ZIP Code |
|---|---|---|---|---|---|
| Easton | PA | 18042 | Dallas | TX | 75254-2946 |

### C. REAL ESTATE LOCATION

| Street Address | City, Township, Borough |
|---|---|
| 495 Berger Road | ~~Easton~~ Glendon Boro |

| County | School District | Tax Parcel Number |
|---|---|---|
| Northampton | Wilson Area | M-9/21/22-C/0813 |

### D. VALUATION DATA

Was transaction part of an assignment or relocation?   O Y  ● N

| 1. Actual Cash Consideration | 2. Other Consideration | 3. Total Consideration |
|---|---|---|
| =$2,001.00  1,507.17 | +0 | =$2,001.00  1,507.17 |

| 4. County Assessed Value | 5. Common Level Ratio Factor | 6. Computed Value |
|---|---|---|
| $57,600.00 | X 3.01 | =$173,376.00 |

### E. EXEMPTION DATA – Refer to instructions for exemption status.

| 1a. Amount of Exemption Claimed | 1b. Percentage of Grantor's Interest in Real Estate | 1c. Percentage of Grantor's Interest Conveyed |
|---|---|---|
| $173,376.00 | 100% | 100% |

**2. Check Appropriate Box Below for Exemption Claimed.**

☐ Will or intestate succession. _____ (Name of Decedent) _____ (Estate File Number)

☐ Transfer to a trust. (Attach complete copy of trust agreement identifying all beneficiaries.)

☐ Transfer from a trust. Date of transfer into the trust _____
     If trust was amended attach a copy of original and amended trust.

☐ Transfer between principal and agent/straw party. (Attach complete copy of agency/straw party agreement.)

☐ Transfers to the commonwealth, the U.S. and instrumentalities by gift, dedication, condemnation or in lieu of condemnation. (If condemnation or in lieu of condemnation, attach copy of resolution.)

☐ Transfer from mortgagor to a holder of a mortgage in default. (Attach copy of mortgage and note/assignment.)

☐ Corrective or confirmatory deed. (Attach complete copy of the deed to be corrected or confirmed.)

☐ Statutory corporate consolidation, merger or division. (Attach copy of articles.)

■ Other (Please explain exemption claimed.)   FANNIE MAE IS AN EXEMPT CORPORATION.

**Under penalties of law, I declare that I have examined this statement, including accompanying information, and to the best of my knowledge and belief, it is true, correct and complete.**

| Signature of Correspondent or Responsible Party | Date |
|---|---|
| [signature] | 4/9/2018 |

**FAILURE TO COMPLETE THIS FORM PROPERLY OR ATTACH REQUESTED DOCUMENTATION MAY RESULT IN THE RECORDER'S REFUSAL TO RECORD THE DEED**

SEP 1 0 2019

I hereby CERTIFY that this document is recorded in the Recorder's Office Of Northampton County, Pennsylvania



*Andrea F. Suter*

Andrea F. Suter
Recorder of Deeds

*Andrea F. Suter
Recorder of Deeds*