# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy Scott Kichline aka Timothy S. Kichline<br>　　　　　　Debtors | CHAPTER 13 |
| FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>　　　　　　Movant<br>vs.<br>Timothy Scott Kichline aka Timothy S. Kichline<br>　　　　　　Debtors | NO. 19-13905 AMC |
| Scott Waterman<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 19th day of Sept, 2019 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION and its successor in title to proceed with the ejectment action regarding the premises 495 Berger Road Easton, PA 18042. Furthermore, further bankruptcy filings by either Debtors and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent Movant from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BJ.

cc: See attached service list

Timothy Scott Kichline aka Timothy S. Kichline
495 Berger Road
Easton, PA 18042

495 Berger Road
Easton, PA 18042

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532