*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy Scott Kichline
    Debtor(s)

Case No: 19−13905−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge to consider:

Application to Recover Debt Due Debtor and for an Order for Determination of Rights in Real Property Filed by Timothy Scott Kichline

AND

Motion to Participate in Mortgage Modification Mediation Program Filed by Timothy Scott Kichline

    on: 10/17/19

    at: 11:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Date: 10/2/19

48 − 41, 42
Form 167