United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-13905-amc
Timothy Scott Kichline                                                   Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa             Page 1 of 1              Date Rcvd: Oct 02, 2019
                        Form ID: 167           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
db             +Timothy Scott Kichline,    495 Berger Road,    Easton, PA 18042-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 03 2019 02:53:32
                Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
       ASSOCIATION bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                        TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy Scott Kichline
    Debtor(s)

Case No: 19−13905−amc
Chapter: 13

# NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Application to Recover Debt Due Debtor and for an Order for Determination of Rights in Real Property Filed by Timothy Scott Kichline

AND

Motion to Participate in Mortgage Modification Mediation Program Filed by Timothy Scott Kichline

    on: 10/17/19

    at: 11:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 10/2/19

Timothy B. McGrath
Clerk of Court

48 − 41, 42
Form 167