THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Timothy Scott Kichline | : | NO. 19-13905 |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** this 17th day of October, 2019 upon consideration of the Debtor's Application to Recover Debt Due Debtor and for an Order for Determination of Rights in Real Property ("Application") and the Debtor's Motion to Participate in Mortgage Modification Mediation Program ("Motion"),

It is hereby **ORDERED** that the Application is denied for lack of prosecution, and

It is further **ORDERED**, that the Motion is denied for lack of prosecution.

_____
Ashely M. Chan, United States Bankruptcy Judge