IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>TIMOTHY SCOTT KICHLINE<br>aka TIMOTHY S. KICHLINE,<br>                        Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE, N.A.,<br>                        Movant<br>      vs.<br><br>TIMOTHY SCOTT KICHLINE<br>aka TIMOTHY S. KICHLINE,<br>                        Respondent(s)<br>     and<br><br>SCOTT F. WATERMAN<br>                        Trustee | CHAPTER 13<br><br>CASE NO.: 19-13905-AMC<br><br><br><br><br><br>**HEARING DATE:**<br>Thursday, November 14, 2019<br>11:00 A.M.<br><br><br><br><br><br>**LOCATION:**<br>The Madison, 400 Washington Street<br>Courtroom No. 1<br>Courtroom #1, 3rd Floor, Reading, PA<br>19601 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

*Capital One Auto Finance, a division of Capital One, N.A., has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Capital One Auto Finance, a division of Capital One, N.A. to Repossess Debtor's Property described as a 2012 FORD TRUCK Escape Utility 4D XLT 4WD, V.I.N. 1FMCU9D74CKB84120.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before November 01, 2019 you or your attorney must do **all** of the following:

      a) file an answer explaining your position at

          *United States Bankruptcy Court Clerk*
          *United States Courthouse,*
          *400 Washington Street,*
          *Reading, PA 19601*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      b) mail a copy to the movant's attorney:

*Jason Brett Schwartz, Esquire*
*Mester & Schwartz, P.C.*
*1333 Race Street*
*Philadelphia, PA 19107*
*(267) 909-9036*
*(215) 665-1393 Fax*

   *and*

*SCOTT F. WATERMAN*
*2901 St. Lawrence Ave., Suite 100*
*Reading, PA 19606*

   *and*

*United States Trustee*
*200 Chestnut Street,*
*Suite 502*
*Philadelphia, PA 19106*

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on Thursday, November 14, 2019 at 11:00 A.M., Courtroom #1 The Madison, 400 Washington Street, Courtroom #1, 3rd Floor, Reading, PA 19601.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 18, 2019