United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13905-amc
Timothy Scott Kichline                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1          Date Rcvd: Oct 17, 2019
                              Form ID: pdf900         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db              +Timothy Scott Kichline,    495 Berger Road,    Easton, PA 18042-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 18 2019 03:48:17
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                    TOTAL: 1


                ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
               ASSOCIATION bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 4

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Timothy Scott Kichline | : | NO. 19-13905 |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER

AND NOW, this 17th day of October, 2019 upon consideration of the Debtor's

Application to Recover Debt Due Debtor and for an Order for Determination of Rights in Real

Property ("Application") and the Debtor's Motion to Participate in Mortgage Modification

Mediation Program ("Motion"),

It is hereby ORDERED that the Application is denied for lack of prosecution, and

It is further ORDERED, that the Motion is denied for lack of prosecution.

_____
Ashely M. Chan, United States Bankruptcy Judge