*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Timothy Scott Kichline
    Debtor(s)

Case No: 19−13905−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the final installment payment in the amount of $78.00 will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court

on: 12/12/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: November 12, 2019

56
Form 175