# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | CHAPTER 13 |
| TIMOTHY SCOTT KICHLINE<br>aka TIMOTHY S. KICHLINE,<br>Debtor | CASE NO.: 19-13905-AMC |
| CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE, N.A.,<br>Movant<br>vs. | **HEARING DATE:**<br>Thursday, November 14, 2019<br>11:00 A.M. |
| TIMOTHY SCOTT KICHLINE<br>aka TIMOTHY S. KICHLINE,<br>Respondent(s)<br>and<br>SCOTT F. WATERMAN<br>Trustee | **LOCATION:**<br>The Madison, 400 Washington Street<br>Courtroom No. 1<br>Courtroom #1, 3rd Floor, Reading, PA 19601 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2012 FORD TRUCK Escape Utility 4D XLT 4WD, V.I.N. 1FMCU9D74CKB84120) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Date: November 14, 2019**

Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Timothy Scott Kichline
495 Berger Road
Easton, PA 18042

SCOTT F. WATERMAN
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street,
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107