United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13905-amc
Timothy Scott Kichline                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi              Page 1 of 1            Date Rcvd: Nov 14, 2019
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db              +Timothy Scott Kichline,    495 Berger Road,    Easton, PA 18042-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
      JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance, a division of Capital
       One, N.A. jschwartz@mesterschwartz.com
      KEVIN G. MCDONALD    on behalf of Creditor   FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
       ASSOCIATION bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
       ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | CHAPTER 13 |
| ) | |
| ) | CASE NO.: 19-13905-AMC |
| TIMOTHY SCOTT KICHLINE ) | |
| aka TIMOTHY S. KICHLINE, ) | |
|     Debtor ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| CAPITAL ONE AUTO FINANCE, ) | |
| A DIVISION OF CAPITAL ONE, N.A., ) | **HEARING DATE:** |
|     Movant ) | Thursday, November 14, 2019 |
| vs. ) | 11:00 A.M. |
| ) | |
| TIMOTHY SCOTT KICHLINE ) | |
| aka TIMOTHY S. KICHLINE, ) | |
|     Respondent(s) ) | |
| and ) | **LOCATION:** |
| ) | The Madison, 400 Washington Street |
| SCOTT F. WATERMAN ) | Courtroom No. 1 |
|     Trustee ) | Courtroom #1, 3rd Floor, Reading, PA |
| ) | 19601 |

## **ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2012 FORD TRUCK Escape Utility 4D XLT 4WD, V.I.N. 1FMCU9D74CKB84120) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Date: November 14, 2019**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Timothy Scott Kichline
495 Berger Road
Easton, PA 18042

SCOTT F. WATERMAN
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street,
Suite 502
Philadelphia, PA 19106

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107