UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    TIMOTHY SCOTT KICHLINE<br><br>Debtor | Chapter 13<br>Bankruptcy No.19-13905-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 12th day of December, 2019, by first class mail upon those listed below:

TIMOTHY SCOTT KICHLINE
495 BERGER ROAD
EASTON, PA  18042

**Electronically via CM/ECF System Only:**

PRO SE DEBTOR(S)
See Debtor Label
 99999-9999

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee