UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  Chapter 13
Timothy Scott Kichline
 :  Bky. No. 19-13905 amc

 :

Debtor(s)

## ORDER OF DISMISSAL

AND NOW, to wit, this 12th day of December, 2019, it is

1.* **[XX] ORDERED** that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case be and the same hereby is **DISMISSED.**

2.* [ ] **ORDERED** that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C.§341(a) and have failed to attend the hearing to explain their absence at the §341(a) hearing, this case be and the same hereby is **DISMISSED.**

3.* [ ] **ORDERED** that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be and the same hereby is **DISMISSED**, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016(b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the clerk.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.