United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-13905-amc
Timothy Scott Kichline                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: John                 Page 1 of 2            Date Rcvd: Dec 13, 2019
                            Form ID: pdf900            Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +Timothy Scott Kichline,    495 Berger Road,    Easton, PA 18042-9534
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
14361573        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14344121       +FANNIE MAE,    5600 GRANITE PARKWAY,    PLANO, TX 75024-4126
14351850       +Fannie Mae,    aka Federal National Mortgage Assoc,    c/o Kevin G. McDonald, Esquire,
                 KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14361960       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
14344122       +NORA C. VIGGIANO, ESQ.,    SUITE 5000 BNY MELLON IND CENTER,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
14344123       +NORTHHAMPTON COUNTY,    SHERIFFS OFFICE,    669 WASHINGTON STREET,    EASTON, PA 18042-7483
14344124       +PNC BANK,    3232 NEWMARK DRIVE,    MIAMISBURG, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14379820        E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2019 02:55:49     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
14346763       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2019 02:59:19
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14357251       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2019 02:59:44
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14354373       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 14 2019 02:56:34     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr*            +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
               ASSOCIATION bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
```

```
District/off: 0313-4          User: John              Page 2 of 2              Date Rcvd: Dec 13, 2019
                              Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  Chapter 13
Timothy Scott Kichline
 :  Bky. No. 19-13905 amc
 :
Debtor(s)

## ORDER OF DISMISSAL

AND NOW, to wit, this 12th day of December, 2019, it is

1.* **[XX] ORDERED** that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case be and the same hereby is **DISMISSED.**

2.* **[ ] ORDERED** that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C.§341(a) and have failed to attend the hearing to explain their absence at the §341(a) hearing, this case be and the same hereby is **DISMISSED.**

3.* **[ ] ORDERED** that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be and the same hereby is **DISMISSED**, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016(b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the clerk.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.